Exhibit A
*Kinder v. Dearborn Federal Savings Bank*

# NOTICE OF CLASS ACTION FOR NON-CUSTOMER ATM TRANSACTION FEES

**If you were <u>not</u> a customer of Dearborn Federal Savings Bank, used this or certain other Dearborn Federal Savings Bank ATM machines anytime between June 30, 2009, and June 29, 2010, and were charged a transaction fee for use of the machine, you may be entitled to compensation pursuant to the class action *Kinder v. Dearborn Federal Savings Bank*, Case No. 10-cv-12570. To find out more, call Class Counsel Geoffrey Bestor at 240-463-8503 or visit atmclasssettlements.com.**