UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
SEP 11 2013
CLERK'S OFFICE
U.S. DISTRICT COURT
ANN ARBOR, MI

NANCY KINDER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

DEARBORN FEDERAL SAVINGS BANK,

    Defendant.

Case No. 10-cv-12570

Hon. John Corbett O'Meara

## FINAL ORDER

On July 25, 2013, the Court ordered the parties to notify potential class members of this class action and of the right of potential class members to submit claims, object to the prior rulings of the Court in this matter, or to opt out of this litigation. The parties having provided the requisite notice, and no potential class member having submitted a claim, objected to the Court's prior rulings, or requested to opt out,

IT IS HEREBY ORDERED:

1. That final judgment be entered in this matter in accordance with the prior rulings made by the Court certifying the class, granting summary judgment in favor of Plaintiff and the class, awarding damages to Plaintiff and the class, and granting attorneys fees to Plaintiff's and class counsel;

2. That this Court bars and permanently enjoins all class members from instituting or prosecuting any action or proceeding, whether class or individual, against Defendant for liability based upon the the claims made by Plaintiff in this matter;

3. That Defendant pay Plaintiff the amount of $100.00 in statutory damages and pay Plaintiff's and class counsel $30,000.00 in legal fees as previously determined by the Court.

Date: Sept 11, 2013

John Corbett O'Meara
United States District Judge

1