## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 29, 2013

Mr. Geoffrey G. Bestor
Law Office
2701 Calvert Street, N.W.
Suite 1121
Washington, DC 20008

Mr. James J. Walsh
Bodman
201 S. Division Street
Suite 400
Ann Arbor, MI 48104

      Re: Case No. 13-2339, *Nancy Kinder v. Dearborn Federal Savings Bank*
         Originating Case No. : 5:10-cv-12570

Dear Counsel,

 The Court issued the enclosed (Order/Opinion) today in this case.

             Sincerely yours,

             s/Amy E. Gigliotti
             Case Manager
             Direct Dial No. 513-564-7012

cc: Mr. David J. Weaver

Enclosure

No mandate to issue

Case No. 13-2339

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

NANCY KINDER

    Plaintiff - Appellee Cross-Appellant

v.

DEARBORN FEDERAL SAVINGS BANK

    Defendant - Appellant Cross-Appellee

  Appellee/Cross-Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellee/cross-appellant has failed to satisfy the following obligation(s):

    The Form of Appearance was not filed by October 21, 2013.

    The Disclosure of Corporate Affiliations and Financial Interest was not filed by October 21, 2013.

    The Civil Appeal Statement of Parties and Issues was not filed by October 21, 2013.

    The Transcript Purchase Order was not filed by October 21, 2013.

  It is therefore **ORDERED** that this cause be, and it hereby is, **DISMISSED** for want of prosecution.

                                             **ENTERED PURSUANT TO RULE 45(a),**
                                             **RULES OF THE SIXTH CIRCUIT**
                                             Deborah S. Hunt, Clerk

Issued: October 29, 2013