# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: October 31, 2013

Mr. Geoffrey G. Bestor
Law Office
2701 Calvert Street, N.W.
Suite 1121
Washington, DC 20008

Mr. James Joseph Carty
Mr. James J. Walsh
Bodman
201 S. Division Street
Suite 400
Ann Arbor, MI 48104

Re: Case No. 13-2339, *Nancy Kinder v. Dearborn Federal Savings Bank*
Originating Case No. : 5:10-cv-12570

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Amy E. Gigliotti
Case Manager
Direct Dial No. 513-564-7012

cc: Mr. David J. Weaver

Enclosure

Case No. 13-2339

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

NANCY KINDER

    Plaintiff - Appellee Cross-Appellant

v.

DEARBORN FEDERAL SAVINGS BANK

    Defendant - Appellant Cross-Appellee

Upon consideration of the appellant's motion to reinstate the case,

And it appearing that the default which led to dismissal of the appeal has been cured,

It is **ORDERED** that the motion be and it hereby is **GRANTED**.

**ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT**
Deborah S. Hunt, Clerk

Issued: October 31, 2013